**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAMAL ABDALMAAGID ABDALLA, | : | Civil No. 1:25-CV-00195 |
| Petitioner, | : | |
| v. | : | |
| TODD BLANCHE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 28th day of August, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Petitioner's petition for a de novo hearing on his naturalization application, Doc. 1, is **DENIED**.
2) Petitioner's motion for summary judgment, Doc. 18, is **DENIED**.
3) Respondents' motion for summary judgment, Doc. 24, is **GRANTED**.
4) The clerk of court shall enter final judgment in favor of Respondents and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania